IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY W. TRILLET, #137853, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:16-CV-288-WHA |
| DR. HERRING, et al., | ) |
| Defendants. | ) |

## **ORDER**

On October 10, 2018, the Magistrate Judge entered a Recommendation (Doc. #42) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to provide a current address as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 31st day of October, 2018.

                                           /s/ W. Harold Albritton
                                    SENIOR UNITED STATES DISTRICT JUDGE